**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SHANNON ALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV01070 JCH |
| ) | |
| CHRISTOPHER FAERBER, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court upon its own motion. Plaintiff has submitted a complaint. However, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the $350 filing fee or submit a motion to proceed in forma pauperis within thirty days of the date of this Order. Additionally, if plaintiff files a motion to proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $350 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form motion to proceed in forma pauperis – prisoner cases.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 20th day of July, 2009.

       /s/ Jean C. Hamilton
      JEAN C. HAMILTON
      UNITED STATES DISTRICT JUDGE